# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YOUTH ADVOCATE PROGRAMS, INC.,** | : | **CIVIL ACTION NO: 1:06-CV-0847** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **KANSAS CITY LIFE INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 28th day of August, 2006, upon consideration of plaintiff's motion to strike (Doc. 19) defendant's brief in reply (Doc. 18), averring that the brief was filed untimely, and the court finding that the brief was filed within the period of time prescribed by the local and federal rules, see L.R. 7.8 ("A brief in reply . . . may be filed by the moving party within ten (10) days after service of the respondent's brief."); see also FED. R. CIV. P. 6(a) ("When the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation."), it is hereby ORDERED that the motion to strike (Doc. 19) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge