Case 1:06-cv-00847-CCC   Document 26   Filed 11/29/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOUTH ADVOCATE PROGRAMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KANSAS CITY LIFE INSURANCE ) <br> COMPANY ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION: <br><br> No. 1:06-CV-847 |

**FILED**
HARRISBURG
NOV 3 0 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

**ORDER**

Having considered the Parties' Joint Motion to Extend the Supplemental Briefing Deadlines on Defendant's Motion to Stay Proceedings and Compel Arbitration, and finding good cause for the relief requested, it is hereby ORDERED as follows:

To the extent that Plaintiff's Amended Complaint (Doc. 24) affects Defendant's motion to stay proceedings and compel arbitration (Doc. 13):

    a.    Defendant shall be permitted to file a supplemental brief in support of its motion (Doc. 13) on or before December 6, 2006.

    b.    Plaintiff shall be permitted to file a supplemental brief in opposition to defendant's motion (Doc. 13) on or before December 21, 2006.

    c.    Defendant shall be permitted to file a supplemental brief in reply on or before January 8, 2007.

Furthermore, it is hereby ORDERED that the discovery, pre-trial and trial deadlines under the Court's July 20, 2006 Case Management Order (Doc. 12) are hereby STAYED until the Court rules upon Defendant's Motion to Stay Proceedings and Compel Arbitration. In the event that such Motion is denied, the Court will lift the stay of these deadlines and, to the extent necessary, amend them to allow the Parties sufficient time to conduct discovery and otherwise prepare for trial.

1

CC 1757696v1

Dated: 11/30/06

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge